ROBERT T. NORTON, ESQ.
114 Elm Street
Westfield, New Jersey 07090
Phone: (908) 654 5717
Fax:    (908) 654 9770
Attorney for Defendant

|  |  |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>TROY DAVIS<br><br>                    Defendant. | UNITED STATES FEDERAL DISTRICT COURT OF NEW JERSEY<br><br>Docket No. 05-00856-001<br><br>**ORDER OF POSTPONEMENT FOR VOLUNTARY SURRENDER** |

This matter having been opened by Robert T. Norton attorney for Troy Davis. IT IS HEREBY ORDERED that the defendant Troy Davis original scheduled reporting date to serve his sentence at Coleman Low, Coleman Florida on Wednesday, January 20th, 2010 be postponed to Wednesday, February 3rd, 2010

_____
HONORABLE KATHRINE S. HAYDEN, USDJ