PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: DAVIS, Troy

Cr.: 05-00856-001
PACTS Number: 38379

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, U.S.D.J.

Date of Original Sentence: 11/17/2009

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: 12 months jail; 5 years supervised release; $339,190.96 restitution; $100 special assessment. Special conditions: 1) financial disclosure; 2) no new debt; and 3) DNA collection.

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/25/2011

### PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows. The addition of the following special condition:

Davis shall repay restitution monthly at a rate of 10% of his net income.

### CAUSE

In order for the Probation Office to efficiently collect restitution within the scope of the offender's financial profile.

Respectfully submitted,

By:  Joseph Empirio, USPO

Date:  02/01/2011

THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above
[ ]  No Action
[ ]  Other

Signature of Judicial Officer                    USDJ

Date  2/7/11

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows.   The addition of the following special condition(s):

FINANCIAL OBLIGATION:  The offender shall repay restitution monthly at a rate of 10% of his net income.

Witness: _Joseph Empinie_
       U.S. Probation Officer

Signed: _____
      Probationer or Supervised Releasee
      Troy Davis

_11/4/10_
DATE