PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Troy Davis                                    Cr.: 05-00856-001
                                                                PACTS #: 38379

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 11/07/09

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: 12 months imprisonment; 3 years supervised release, Restitution $339,190.96

Type of Supervision: Supervised Release            Date Supervision Commenced: 01/25/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | Failure to Satisfy Restitution

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,
By: Elisa Martinez
U.S. Probation Officer
Date: 01/14/14

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other- Case expire as scheduled

Signature of Judicial Officer

1/16/14
Date